## Exhibit A to the First Amended Complaint

**Location:** Buford, GA  **IP Address:** 70.240.202.202
**Total Works Infringed:** 126  **ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E9B275D900EAA0F53AF83265046BCF79D93E80F6<br>File Hash:<br>82419E8908205DFA5A8BDB4072716E2C1766136F4845C86874564CFDD1B5B525 | 06/14/2024<br>20:51:54 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 2 | Info Hash: B73D07A21152BFE14A4C225FF26C0BC8A940EC74<br>File Hash:<br>D9B529889D86AC08456D373083E47BF9CFDC61F33E3F199020F69FF5BA183754 | 06/14/2024<br>20:02:50 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 3 | Info Hash: 9CEAD3E2EE2BB46860E53EF356D43D23C9DB8C87<br>File Hash:<br>CFACF1022E0DF270A283772D76C6AC8B3D129A7C47F3F57E9CCC91F0FC76355D | 06/08/2024<br>17:57:30 | Blacked Raw | 05/27/2024 | 06/18/2024 | PA0002476931 |
| 4 | Info Hash: D30C2C3C44DB59230D0A22B4D269DE76603F68F1<br>File Hash:<br>71FED2F2A4D699C9EBC9091416F4BF05ED0C098426FC078471F166BF1DE22D65 | 06/04/2024<br>01:20:44 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 5 | Info Hash: 16F95F398FF7FA53BB9DD43965822469D8BAC997<br>File Hash:<br>7121E26170BE88ABE87B66C7548822C38B176503ACB58734487C373C0B9F3362 | 06/03/2024<br>02:58:03 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 6 | Info Hash: B3DA2856ED4DBD489586C4E93384DF8257F51EBE<br>File Hash:<br>BC32D0294C232CEFBC2546A8CB06CE74158A59202CABE738D1F969E7530C3952 | 05/17/2024<br>02:44:51 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 7 | Info Hash: F1459CD80E75CCD1CAB5C383A31B1B4A219948F4<br>File Hash:<br>59EEB88F07DE166F40EC2D3B7BFDC81B3B7B4356E0E9B69E8B91BAF2A4803F8E | 05/12/2024<br>16:05:42 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 8 | Info Hash: 21B48876D773FFC6B5220C38D72B2211C41860EB<br>File Hash:<br>1766A0077CBDEF3F84B5BECAC58D982D8111150FA38481318550CD2AA143E68D | 05/12/2024<br>15:38:21 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 9 | Info Hash: 53FBDEBC6D04A6E1EF07F31C30D5C379B62B00F9<br>File Hash:<br>2DA90F8BC104EB35EEECEFC588AB2DC7B183E4708BDC530ADCDCD2EEC5A9726C | 04/19/2024<br>02:52:34 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 10 | Info Hash: 767251D9BEFFA4A12006720DCA09A58B550FCAD9<br>File Hash:<br>C42ECF508E1C973D898D783F0494C9737811B91C37D71F8D14C1CC34592FCF3D | 04/09/2024<br>22:37:26 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 11 | Info Hash: 383462E6643004F8E5F960487D7BBC437D750BDD<br>File Hash:<br>2B57C5343EB409A593F833CDF898F08A4BE9E978F546FABEFB1F99AD4383B2FA | 04/09/2024<br>22:24:22 | Blacked | 04/08/2024 | 04/10/2024 | PA0002464920 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F8E4999E01173F5712E646ADD7D041A750371C6C<br>File Hash: 991036D3AEC50BCA6DCA9793499B4FA20583C718FCC7B75C2195D5CD5326027A | 04/09/2024 22:20:37 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 13 | Info Hash: 336BF643699ED038CE26B2491AF19FF721097F27<br>File Hash: 66CD159C856A671D5E366B1E7F5E38384386AE3333286284A1045D68CCFD2161 | 03/26/2024 02:52:18 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 14 | Info Hash: 0D154A56CDFCF64390FA39916799A327F710223B<br>File Hash: 0640E508C614C471818B2B1AF4498B1CD6A602D23D73EB1C9AE1A49ADE5E812F | 03/26/2024 02:34:51 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 15 | Info Hash: 48464243830E10B7F7C4E9BB4405742DA794A96E<br>File Hash: 832A8A9892260AAD4D378944850442C00F4DE550A85950B1A4FCE1D26EF72831 | 03/19/2024 04:19:40 | Blacked Raw | 03/18/2024 | 04/10/2024 | PA0002464922 |
| 16 | Info Hash: FC8C3247C7A00E9838D8D94D055CFDB700021ED9<br>File Hash: DBB7C78235DF0AE56884E8AFAA095CC0737203100533F723DF9441DDBA3CF4EB | 02/29/2024 03:09:47 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 17 | Info Hash: 49243B76FAD5DEA5FE184E49C2642CEB9C7E6E5C<br>File Hash: F86A5E53299D37525537715DF01A038E4F77A5DE5D96E529D2650F09AC518773 | 02/27/2024 01:48:55 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 18 | Info Hash: 94658DAB67D28FAAEF34F28FF99E3BD1863F23B9<br>File Hash: 4DFA1443CCCB17E94EED58D6935714FD43299A5487D0C512DB29609EBBA34A4B | 02/21/2024 00:24:38 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 19 | Info Hash: AA54116A792991B71CCAA2C575ECF8C9CCE0194F<br>File Hash: 52A26C326121535D9FDF1E6199AA896A0DA3C257BD543AD2179377586DB8B894 | 02/20/2024 05:38:48 | Blacked Raw | 06/22/2020 | 07/16/2020 | PA0002248579 |
| 20 | Info Hash: 4FAC110570D68E90B2A52663660D6AF09472B7F1<br>File Hash: 9BC61FF105452F31585F40AC65D50CA633FDE9A5A183BB669B407A1E748464B5 | 02/20/2024 05:22:48 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 21 | Info Hash: 16F3950678C7C2552987CA9A505A028034CBED94<br>File Hash: C307C44BC847BDEED9BB4ED6718EBD410DED2E20A73A681E34A27153CBC6C686 | 02/18/2024 01:58:50 | Blacked | 02/17/2024 | 03/12/2024 | PA0002459231 |
| 22 | Info Hash: EB0661BF08E74C60209773038804F4DFBA4DBF2D<br>File Hash: 64567E0217674D3876E41345A374AE9ED79ACB34526138B1B5AB98AD6784279B | 02/13/2024 03:15:44 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |
| 23 | Info Hash: 496CB99CF395BA13DC546C81CD437EDD602D06BA<br>File Hash: B71DB3C29F2D047FC2D87A8F67B8D6A521A56C1DF934EBCB7AF58B6F3D3DF3A7 | 02/13/2024 03:15:43 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: B20991EE471102752AA07BA8865EF23009B0E5E9<br>File Hash: 9596D541877ABDD38B4EF88E02C96A9B79EC8D614C269118C8AC0F468FA6D5EF | 02/13/2024 02:41:46 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 25 | Info Hash: 28075E6DB1CD71B56E1338D3AF9E09A4EA4DF64E<br>File Hash: 9B13EB23CF5173248D5AE414F1DE6590FC967894498F47A9BDF21922C109C862 | 02/07/2024 03:15:32 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 26 | Info Hash: 422A294AE4148C1BE81BD81A964FD3F85EB47B29<br>File Hash: DEBF5F93962E7B947737FD930701545DA46F6A0E1A81C1DBCCAE096C3747FE2D | 02/07/2024 02:25:37 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 27 | Info Hash: EBFD6BCBAC2EFE92C256ED68CDCDA38BDED8ABB8<br>File Hash: E4A36291CD92DDA4E99AB98E126D43165B6DF8132383624DC9982B2C69735352 | 02/05/2024 00:51:15 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 28 | Info Hash: 6DDD333FB305CDB56B395151441F571AB8C621EA<br>File Hash: 306B202A7E8F7E411B85C74C8ADC83F7A001A3558F55BB8E2B7FF7447A73DAE5 | 01/28/2024 02:49:50 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 29 | Info Hash: C1BD95C12F6BAFB3BD71F4E78013231ED0375173<br>File Hash: 9481A06BD8DC49C39D23E155FFE36E199DDFEFA01CB17873FB8F80430B8A6545 | 01/24/2024 20:55:33 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 30 | Info Hash: DC15E14FFA162173172D4EECCAF0641246366CD4<br>File Hash: C966FF37529F52BAA9488751683D1AD536DED8E4F7D902C57255397F10C86C52 | 01/20/2024 02:15:13 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 31 | Info Hash: 5E01B38638363424E4D7683F3A4217B5BDFEC582<br>File Hash: E3E02A1114EBE3F21DEDB44605C9B7C759CAF38C8A0CCC50550A1AC1BEEA5E44 | 01/02/2024 03:58:09 | Blacked Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 32 | Info Hash: 929CC76440169530C47B5BA147D02A537DC4B1B6<br>File Hash: AB4B0C004A410DE1384355CE676E5342A0B2EB7D9D8BD03AB5F73DA274E048E2 | 12/31/2023 01:16:30 | Blacked | 12/30/2023 | 01/16/2024 | PA0002449507 |
| 33 | Info Hash: 4A9C337C937BF63C54AD374D92EF97F9B0E6DB32<br>File Hash: 326E1D824685B969564383BE5C21933D81143C88F65AA50F08CE1C169CF49D0E | 12/30/2023 18:30:37 | Blacked Raw | 12/25/2023 | 01/16/2024 | PA0002449503 |
| 34 | Info Hash: 8DCE91605505E7158745198A3CD6E4553E30F43B<br>File Hash: 634590808AA9FF49CFFA33EF6B2D2D09C344800CB648A560791DD61C9BED4D07 | 12/29/2023 01:14:09 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |
| 35 | Info Hash: F48E606C41E52311642BC265551F040E29D982E2<br>File Hash: E4A5E3A7D9447EBBFA67CFC113C985E43F40F9246CBFBDE3E59FB7DBD015FE2A | 12/22/2023 04:23:30 | Blacked Raw | 12/18/2023 | 01/16/2024 | PA0002449502 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: F2C9A95EF45963D9A9E418146C34F8224237372C<br>File Hash: 1B0A4FB3BF345193C4923B9BEEB2D17492CCA8BDEBDF727EE9485935836C9962 | 12/09/2023 23:56:06 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 37 | Info Hash: F3EBC615D18D3097E921FE882B37D3C8EEA91AFD<br>File Hash: 264A465F3609B79EC83483275F51E01A6AA3EBACC57579CAE865CB86298760D4 | 12/09/2023 23:49:33 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 38 | Info Hash: FC6E868C2290D600D6D983403BBF2E0EE1F90955<br>File Hash: 847248D2C066000602AA6F873EDFC65B55AEC4C43A4047677B2E7261B17FEBBD | 11/25/2023 19:17:05 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 39 | Info Hash: F2FFAFB009603F81BDCA1CF0CF6F5874D764A4C3<br>File Hash: 9507BF2ADF47CCB9457FC5717D4399E8B069EE096E9E42BB7F5D9033A80DB8F9 | 11/23/2023 18:11:42 | Blacked Raw | 11/20/2023 | 12/12/2023 | PA0002444867 |
| 40 | Info Hash: B2EC0D137458690B3230AC2C75E4414A23F11FB8<br>File Hash: ABAD03CF13831F605EE4592DBCA1A4473E5BAAEC4DDC1EB94EDA08D74505F50E | 11/15/2023 21:11:48 | Blacked | 11/11/2023 | 12/11/2023 | PA0002444873 |
| 41 | Info Hash: FA870079E1BE945E95D246453709FD31554F3164<br>File Hash: E17B1C43ED3E77E2DDA3B50DA9405DB32B61CDC4B1C82D3FDC2C5699395DCB97 | 11/08/2023 02:28:19 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 42 | Info Hash: 217C3CDFEFD08D8A35881BEC81CBA3E191085357<br>File Hash: 2D466D15D30075C4F1F35B18C625651813329CE6F417977A8F62E6F156AE7F6A | 11/06/2023 04:42:13 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 43 | Info Hash: 8187771E04331ADD78A7EE3A00309F56E619EC58<br>File Hash: 91D71954300AD0B749C7B9369AC5D585878204A6EF2CD8E73EF8952802C3F486 | 11/06/2023 04:19:27 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 44 | Info Hash: AA959FA39BF589F0D768F02CF45C4CFC191F4703<br>File Hash: EF31BF9700CCA87B3FB27481B124A324F141739CAC244A0F1578EA4741D7BF4F | 11/02/2023 03:10:38 | Blacked | 10/28/2023 | 11/13/2023 | PA0002439611 |
| 45 | Info Hash: 5BE7C45A2C87829A0C80BC117E40A8541B60A3F4<br>File Hash: 4A11EFAD1FAD18263286DB45806A4D3BEAB3399ACB29D1B753CE40E1B7216C40 | 10/17/2023 01:56:54 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |
| 46 | Info Hash: 941C319C63EDB1A7ECF586E2764D75DF80014BD4<br>File Hash: 83EAE2864AA796F785C6B31D66DB8F08695A246D3A132F86F6DC120C0B496378 | 09/29/2023 01:31:25 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 47 | Info Hash: F63DC3E867D4101FF7EE8255C430B456E9814A36<br>File Hash: 6ACE93271EA5274F0E82502D7CB9FFBBEEC5715845039AD74D3638A53F9B6894 | 09/16/2023 22:33:26 | Blacked | 09/09/2023 | 09/18/2023 | PA0002430904 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 190A5C27D4F7DE0195DD2D45558EBE351A9F43B3<br>File Hash: 095D1BDBC1D20E7DF6F8D7331ED6CD25420CAA2BEAE5F7B91A3E1025F186EBCF | 09/16/2023 22:32:48 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 49 | Info Hash: DA3F5AD2CDF5E89FD7AD243EF8B55AA54FE499C8<br>File Hash: 14685B70B177F025384FF823BE1E28C806D3B6945F535A9FE928F3B1D0329799 | 09/04/2023 17:34:50 | Blacked Raw | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 50 | Info Hash: A9A8D8AC5016AAA8A31E093F211A5A19C1915E3B<br>File Hash: DEF3D8BC99D2007E68B4BC6493B2C1D9C368AEF687F9F7AAE75268A17DB15912 | 09/04/2023 17:14:38 | Blacked | 08/26/2023 | 09/18/2023 | PA0002430902 |
| 51 | Info Hash: 251E98FDDBF487C34DF4A4378903DF0134382A03<br>File Hash: B16D5B37DC5D64EF629C18B33A934DA9B5FE3D11B60F02EBDE2AE911BC2F2DA9 | 08/20/2023 04:07:33 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 52 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash: 3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08/06/2023 06:37:38 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |
| 53 | Info Hash: 0F74A3D25A84103BA8E94F2AE3011C843A2FBED8<br>File Hash: 829A84962B15196623C7128FE307674B82CF900A03A862AAA0B5257D525A8F0A | 07/28/2023 18:27:32 | Blacked | 07/22/2023 | 08/17/2023 | PA0002425765 |
| 54 | Info Hash: FB560BD68E528E83E2AEC312856449EE1644DE44<br>File Hash: 7B00F7FE251F7BB6FA2E1A678722CE62F760C3A14357B64394F862ED05FAD346 | 07/20/2023 02:02:38 | Blacked | 07/15/2023 | 08/17/2023 | PA0002425771 |
| 55 | Info Hash: D523C54C740943730D2C4F09DD92F4218F1CA7D1<br>File Hash: F885109D4F39C2E1ADD8A753F6A6C9A618CD813F2471C91070DFCEA332C5C63F | 07/13/2023 03:28:12 | Blacked | 07/08/2023 | 07/13/2023 | PA0002420354 |
| 56 | Info Hash: BCC7EF88676C4414207330DFED842DF7E8D21F71<br>File Hash: 13F499A951372115FEFF5073A727704FB789FB34AA7709B2EAAAD343589E5231 | 07/02/2023 04:35:57 | Blacked | 07/01/2023 | 07/13/2023 | PA0002420349 |
| 57 | Info Hash: 72BA14713A012A40E4D24E77CB0BE0E300CCCE3D<br>File Hash: 855C85F7D6D0CEAC1EAE0F836F8A1A8428915F82C593E26367276EFB30858D48 | 06/27/2023 03:05:48 | Blacked Raw | 06/18/2023 | 07/13/2023 | PA0002420357 |
| 58 | Info Hash: 564615C7C99DBFD94AD1EB1C4C7A5E6E6BC9D995<br>File Hash: DA6787BD4B751B7D0F43B5461DF62E50B0ED9517764E5CA65776F51510533F6A | 06/25/2023 04:13:07 | Blacked | 06/17/2023 | 07/13/2023 | PA0002420351 |
| 59 | Info Hash: 8D68CA2B47D8104C4924CA8600131B3FE3688F53<br>File Hash: C3DF71DA4256A070876209E548F5F1FB45CADB67BF401F3647DF669EB673DE95 | 06/25/2023 04:08:50 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06/12/2023 01:18:59 | Blacked | 06/10/2023 | 07/13/2023 | PA0002420362 |
| 61 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash: E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 06/05/2023 03:21:22 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 62 | Info Hash: 1E6C2C75FAC0643812756AD5F7FDD703446B78A6<br>File Hash: D2CD28B929088747A6F288C83E0BA12AD5671900E26C30C0482CAB5F25EAE7DF | 05/30/2023 04:45:17 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 63 | Info Hash: 3CFF39D8F64A2F518B120469D3FDC7C267D21F5B<br>File Hash: 895708F2C3655C255DC2C6000AA3028DAE267B478EAF393D03ADBE34204046CA | 05/29/2023 16:20:04 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 64 | Info Hash: 6F8CD1E25D284E3DF5362723AAA8CF54FFA70187<br>File Hash: AA74C4B265E1A6759B5F850D9991EE95787F11F1635C2939CA9D85D84AF615DA | 05/25/2023 22:34:23 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 65 | Info Hash: 5E0E752DA71A79D5DF23B90E6C50CAAF193DFA45<br>File Hash: 3B3FC8198FCCDFA72CBEC918979F913EA072D55561D34DDAE06225073D260BF6 | 05/24/2023 02:57:45 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 66 | Info Hash: D6E102DB48A3BCCEECFB002F367B1102D77A5C60<br>File Hash: 5CD3CAC9CAEF908638D04C3E6700317B65BD7EDAFA7726A4636FEE8B6F65624D | 05/19/2023 03:03:37 | Blacked Raw | 05/09/2023 | 05/14/2023 | PA0002411297 |
| 67 | Info Hash: 5921FEA8542666313161B0D6A969C337153A1486<br>File Hash: 7B5D5506F30A433FBEDE57DF46EAF0D6160365EDC695346C4CF8A143E14C7CFC | 05/19/2023 02:53:58 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 68 | Info Hash: 7EC7FDECB78B1ED7F2C587526C6E4650A37AA85D<br>File Hash: 7140335D03E5BFA20CD78E959D8D2D2DEE0A4F5F1CC508B9ED02D7B9146D1113 | 05/19/2023 02:51:00 | Blacked Raw | 05/14/2023 | 06/09/2023 | PA0002415357 |
| 69 | Info Hash: C72A7DEC93F48C082D9DDF6D402657E931627D62<br>File Hash: 8FC3E70FEEA7D9FFD22DDDBA5B1C3EE8B1E80CEFD80EA601F8BA94AF7333517E | 05/02/2023 02:30:12 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 70 | Info Hash: 0DC6379EAF03383945C8F9D7565E5C30DA862ED0<br>File Hash: 9F4F798AE7FEBE735343151BD9AEDFA7ADC2A0718181AABA44B1F9F5B9D28409 | 05/02/2023 02:23:09 | Blacked | 04/29/2023 | 05/17/2023 | PA0002412011 |
| 71 | Info Hash: 722F66484C566568F10FB5F56E908BBEE9405D93<br>File Hash: 052A6BAD1812AFFACF2087780EC66F47E61FFA08FD62D432CB2E7DEC7C012B26 | 04/26/2023 03:25:17 | Blacked | 04/22/2023 | 05/15/2023 | PA0002411285 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 161B9B606AB5C8C0472E9A966A7704A63941B235<br>File Hash: 5FE40D3ACE878D048EF1470A44C17FF947D3CC84E202603797F25758688B268F | 04/22/2023 01:17:49 | Blacked | 04/15/2023 | 05/15/2023 | PA0002411295 |
| 73 | Info Hash: AEAF023FAC1652EC54FFF10B490E9ED6A4C1EF20<br>File Hash: E1E20F7C1579BC38D7CE42E9F2EC7C92F118BDC4AB8949C1142CC811F979CD31 | 04/17/2023 01:07:11 | Blacked | 04/08/2023 | 05/15/2023 | PA0002411276 |
| 74 | Info Hash: CF908D8BA58ED5AD647C500172BF9D2D523E429E<br>File Hash: AF9F1602B97C23C054D8C37312CA084505123BE0169F4F4FCEE360018B62DD24 | 04/17/2023 00:56:43 | Blacked Raw | 04/14/2023 | 05/14/2023 | PA0002411257 |
| 75 | Info Hash: 994245AD57833764D6F6ECE9409B3096B92E1EA6<br>File Hash: 24C7F548715A681F0E3D108CEF79DC3AEE3FEF4ABEC69DBA751C116340DC7064 | 04/17/2023 00:56:34 | Blacked Raw | 04/09/2023 | 05/14/2023 | PA0002411278 |
| 76 | Info Hash: 153C5E986BB5CC2046DCEA10E98A5B6D075F80E4<br>File Hash: E582F0CEDFB7EEAC0E73385C2CE53CEE4E27ACF2DE3D94F4FE130309E2C40810 | 04/02/2023 21:38:50 | Blacked Raw | 03/30/2023 | 04/07/2023 | PA0002405733 |
| 77 | Info Hash: 0B9081C0D8C3CE5780FBCDE157AFD6F366639E29<br>File Hash: C271D31EAE7925D01088C7A0D2265F021206148DCD58848A0894238D4F04C930 | 04/02/2023 03:22:33 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 78 | Info Hash: 6986865E880CC7514EDC349215F0723011F5CFA9<br>File Hash: 37325896470544A1210F26EF112AB857CC4839E03DB2C8966FFE26736FFFF8F0 | 04/02/2023 03:20:33 | Blacked | 03/25/2023 | 04/07/2023 | PA0002405756 |
| 79 | Info Hash: E425154C12EF14E82D9AA4CD838DCC3A022EF345<br>File Hash: 8380DC79F1EFC94A5C2268E8F7CA09A5B970BAA7D0F6F16DF84B000F438DD150 | 04/02/2023 03:09:57 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 80 | Info Hash: E149746823401B4276B7012B8BA75835DD29A06B<br>File Hash: 3EEC32645179339B80BD5C34FA2E975B555045A4F80F9DB71D9E6A57EA519493 | 03/17/2023 00:47:10 | Blacked | 03/11/2023 | 04/09/2023 | PA0002405763 |
| 81 | Info Hash: 125859A99251B2E478AC1258E504DA8B2AA78478<br>File Hash: 32249F73036796C24443532404C20699E8BFCCD58D14E157A3ADB314B7364EBD | 03/14/2023 01:51:55 | Blacked Raw | 03/10/2023 | 04/07/2023 | PA0002405760 |
| 82 | Info Hash: 94EB2F11E53AA1B3CF43B764DC119D236529BE25<br>File Hash: 26923A1DB848CFDAAFAEF73917FBE4884C4D0DB653F235D110CB37CDE87A9D8A | 03/09/2023 02:16:10 | Blacked Raw | 03/05/2023 | 04/07/2023 | PA0002405735 |
| 83 | Info Hash: 6CECBC349193EC9C7B76A2099FC15AE1A288D482<br>File Hash: 250DF55B05DE3EEB997D13B03E27C8D1B671ADD3EE18B3A40940920F646B24F8 | 03/04/2023 07:37:15 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 5B3EEF56046E68152C027B3D595FC6C98889C0DD<br>File Hash: 343D1528287A7B1878532AD9ED95033CECF8265C8BC11C016CC55FD6CD52A67A | 02/27/2023 03:20:48 | Blacked Raw | 02/23/2023 | 03/06/2023 | PA0002399998 |
| 85 | Info Hash: 730A6EA4A7D87CE6E07211AA603BE315398D8CE0<br>File Hash: AF90D0410BE0B3B19A1FCB3C24AFCC3391678DC550809C3F18BED1E2405197AB | 02/24/2023 03:59:45 | Blacked Raw | 02/18/2023 | 03/06/2023 | PA0002399995 |
| 86 | Info Hash: 08C0D6BF53705AA2CB2A9681D44D2DCD2F1162B3<br>File Hash: 7FE81A20C10FF08E1AF097618A3F98BB628565079F55334FCDF3EEE2126AA4C2 | 02/19/2023 20:28:29 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 87 | Info Hash: 02C5AC2FF97A14C733A92B7AC0EA72F8460BF52E<br>File Hash: 88DE46D310A7E8FEE54C57A3EEFBF921EFD0227C9F6E888E79BDF68890BF35CC | 02/19/2023 20:28:26 | Blacked | 02/11/2023 | 03/07/2023 | PA0002400311 |
| 88 | Info Hash: 40D0A0F8DE498BA30734E52BB4A8E3B909CA8748<br>File Hash: C8278FE811B629B54A3046CAA645164E4059FDBA3820EF6D38BFF72C9C8A6C65 | 01/30/2023 01:51:43 | Blacked Raw | 01/24/2023 | 01/27/2023 | PA0002393074 |
| 89 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash: 87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 01/17/2023 03:56:21 | Blacked | 01/14/2023 | 01/27/2023 | PA0002393079 |
| 90 | Info Hash: 34F1BD82F61B7AECAE65BF2B8BB5E672153A337B<br>File Hash: BC9AB74CD3A013607619CAA80E09F47939A9064E7343B80E6B32CCE0D9D3B328 | 01/17/2023 03:48:47 | Blacked Raw | 01/14/2023 | 01/27/2023 | PA0002393084 |
| 91 | Info Hash: 4891B2E82A6EEFFBEF043B8C03431E59B95959A1<br>File Hash: 8944359E39663A36899C06437DC61A159EEB33D13E2E56DF88BED1AA57591983 | 01/13/2023 03:04:57 | Blacked Raw | 01/09/2023 | 01/27/2023 | PA0002393075 |
| 92 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 01/12/2023 03:43:00 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 93 | Info Hash: 0C51C206846DE2EF125EA6F0705D73404A20CE4D<br>File Hash: 0E0EA4B5AC1AAB775883BAA5C42064DD349362D3C989AA6D9AE87B6A3BF432EE | 01/10/2023 04:19:22 | Blacked | 01/07/2023 | 01/27/2023 | PA0002393078 |
| 94 | Info Hash: F3CBECF9A5AA2043CE3A587FE5A11FA1548D19CF<br>File Hash: 314FCA1CE426E7DBA0D73687F33F6D006927C0AA420BFAFBC071A4DD5F9A00CD | 01/04/2023 03:14:24 | Blacked Raw | 12/30/2022 | 01/09/2023 | PA0002389573 |
| 95 | Info Hash: A19456474CFB072E9E6CC9CFFE953F20BD8DDC5A<br>File Hash: 55B50239DE9AB72920B49360E8D19A0CB39412AB3FAF0C55DFD30C77DE060A58 | 12/27/2022 20:05:43 | Blacked | 12/24/2022 | 01/10/2023 | PA0002389603 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: 21A0C1F6EDFFE6178F8B30D4149B102FA5DFA840<br>File Hash: 50164D884362AB49B6502AB30A1480995FE81AF17741ACFD55EA695A3EE8083F | 12/27/2022 20:03:37 | Blacked Raw | 12/20/2022 | 01/09/2023 | PA0002389608 |
| 97 | Info Hash: DE4BFD9981AE2FA924ADF2D0ADDA49B0C5C375E3<br>File Hash: E4A369D47950EE33662F9F45B1B821BD525AE5E2EA32DF82EC51289A45FC48FE | 12/20/2022 04:39:59 | Blacked | 12/17/2022 | 01/10/2023 | PA0002389619 |
| 98 | Info Hash: CFC3B1A901EC19A0CD5390426E4AE773EB486A67<br>File Hash: 7D2F8E31C2C6A3EC39D9A5FD3C1785D6A4AD35D50BB9A84BE61BD594721FDD22 | 12/19/2022 03:06:07 | Blacked Raw | 12/10/2022 | 01/10/2023 | PA0002389572 |
| 99 | Info Hash: 0DC06A02C9D5FAFD0F5688B1EBBE9D6BAE67F396<br>File Hash: AB57887079F832249B65BB3CAFB17AC59DFCF340B290DBE6397D6AB1BD28C462 | 12/19/2022 03:04:14 | Blacked Raw | 12/15/2022 | 02/21/2023 | PA0002400999 |
| 100 | Info Hash: D2551CED979FBE4D8C2A3098FE7D389E9696CBAD<br>File Hash: FEC2E8D593528D2DEF92B720A4E7D678DBD7E74A8201BE18489DCDA667272B23 | 12/14/2022 04:31:41 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 101 | Info Hash: 3B6D0A5603E4D7CA4C24B6AAB2A0A40FA3A3F3C0<br>File Hash: 179B345EE04BFEC60986CCAA46F27280122E7CA87F7B22863E0E7C41DBAA3C14 | 12/14/2022 04:26:02 | Blacked | 02/05/2022 | 02/14/2022 | PA0002335503 |
| 102 | Info Hash: F40926CD454C2FA1BA80F98FF72792BFAC73B4DE<br>File Hash: A62BEA838E5EB94261ADF283422A0BA02F34D9250E11DAE00E8F97D221E41DBA | 12/13/2022 03:58:54 | Blacked | 12/03/2022 | 01/10/2023 | PA0002389627 |
| 103 | Info Hash: 006A19C3FF1EFC06EB42D767259BF2516AA9DF3C<br>File Hash: 6B63BFCFC63F3A5365A64369EF72BD1FDAEC5D5E83F07E744281C574B4AD6D0E | 12/05/2022 04:12:27 | Blacked Raw | 11/30/2022 | 01/10/2023 | PA0002389625 |
| 104 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash: 9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 11/29/2022 03:46:00 | Blacked Raw | 11/25/2022 | 12/11/2022 | PA0002384771 |
| 105 | Info Hash: A98F02DE1EFDD9DB1FDB3F0A961B575A953BC224<br>File Hash: 41BA1C306D734E894BDA3BD0DDB884B84D53C8BD5A7DBE1EA00642217EFB88A5 | 11/16/2022 03:29:23 | Blacked Raw | 11/10/2022 | 01/27/2023 | PA0002393082 |
| 106 | Info Hash: A25685687023EF84BFF6D91D0BBD873DC0F6B275<br>File Hash: D104235CB186000257EFEC44D37009138ED666B5A0AF953262BC8DC8878B6C1E | 11/16/2022 03:24:45 | Blacked | 11/12/2022 | 12/11/2022 | PA0002384761 |
| 107 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash: FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 11/08/2022 04:16:07 | Blacked Raw | 11/05/2022 | 12/11/2022 | PA0002384735 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 11/04/2022 21:06:59 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 109 | Info Hash: 72E1A45262D59C0A35175F5F1EA9D658EF135B35<br>File Hash: 560D76365FD31C1E83342D22521944C4E5688A679F82ECA328D48797C1539887 | 11/03/2022 20:19:27 | Blacked Raw | 10/31/2022 | 12/11/2022 | PA0002384770 |
| 110 | Info Hash: 95D26FABB948FB8FE36127BFFA7F810C87D756DE<br>File Hash: 7D8A3C3849C6A5E8C87FCB5A08C2904490E0DFB385374B24561D250BE08EA736 | 11/01/2022 03:42:26 | Blacked | 10/29/2022 | 01/06/2023 | PA0002394016 |
| 111 | Info Hash: E03412CE35C2A1A4730FDF9F34507BFC422BFC70<br>File Hash: 0AA675EF39FA851E80C5D9FF2F4B6EDD1B17C834429FE41612A3919AA9F2CDF3 | 11/01/2022 03:28:17 | Blacked Raw | 10/26/2022 | 11/01/2022 | PA0002378070 |
| 112 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 10/25/2022 01:52:36 | Blacked | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 113 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash: D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10/20/2022 02:35:34 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 114 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash: F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10/18/2022 00:20:50 | Blacked | 10/15/2022 | 11/01/2022 | PA0002378073 |
| 115 | Info Hash: 2A3C64074B1D96F03BE7B7FA23AD03C029B283E8<br>File Hash: 8C9127337D18278BA9ECA1760E75ED24932DAD66C2D83F6650F46625B75B37F8 | 10/12/2022 00:10:43 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 116 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash: C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 10/09/2022 01:15:41 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 117 | Info Hash: D47E01E2CA5037A23C4261C7797EE76B7835A88E<br>File Hash: A93CFA441DEEA9ACA5EFC97EA3735CEF22C1180174598230CB1F69A6900B005E | 10/05/2022 03:12:11 | Blacked Raw | 10/01/2022 | 10/31/2022 | PA0002377811 |
| 118 | Info Hash: 3EE5D80B448A730C574C386E6930A9712ADFD32F<br>File Hash: 93875F1E92E75E03DEAFE02068F98DD0008C5C7D06713DF84A6BA77923BD38BB | 10/05/2022 03:12:07 | Blacked | 10/01/2022 | 10/31/2022 | PA0002377817 |
| 119 | Info Hash: 7D4A7CA1D1D3C53CA13B10A1443E515B9036CB6C<br>File Hash: 76C1663C6E2EB8A19475499777B513D5E8EE3D37B368D27E5D704D753B83D745 | 09/30/2022 03:17:47 | Blacked | 09/17/2022 | 10/05/2022 | PA0002373760 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 120 | Info Hash: EC68B457BE349B79829F630F4FF0561C19082BFB<br>File Hash: 3E9B66923DA29F393FB02A1AE15AA7EBD1EDD0CFA8559E95CB3E61DD0ABF70E8 | 09/30/2022 03:04:25 | Blacked Raw | 09/21/2022 | 10/05/2022 | PA0002373950 |
| 121 | Info Hash: 8A187814E3BA406E8BB0EC0A3FCACC25430EDABD<br>File Hash: 460176199C3CDD8477165C27D8C9BA0B07F6CC80109DB5BE4CE9728C183AEA31 | 09/30/2022 03:04:20 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 122 | Info Hash: C668A270110887393B1A9A199A36DD2E1048D481<br>File Hash: 39F42FBB9355E5E3A24674F4D496A7EE4BC5AAE80F88FC45CEBB0E1C9ED0F8D3 | 09/20/2022 02:33:23 | Vixen | 09/16/2022 | 10/05/2022 | PA0002373762 |
| 123 | Info Hash: B674390272370CF8323F32351DA4856AEBE3380B<br>File Hash: 94A0E7F4D8DC7E70A58FE992E42E7EBCE0AB414227D780F76B56D7FD06E9C0D9 | 09/20/2022 02:29:21 | Blacked Raw | 09/11/2022 | 10/05/2022 | PA0002373951 |
| 124 | Info Hash: A41CA9CDF5E1265E4080B8FF535153BA1F52B6D8<br>File Hash: 7478F71FA1C2D7B4A26A5E56E65830F689ECB424908F2FF87FE29C837262EBB7 | 09/12/2022 06:01:20 | Blacked | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 125 | Info Hash: 833570A3D59430A1FA1A36B2925603ED725FCAFE<br>File Hash: 7CE43443E2BB14B13117BCF00A80D69C72893089014D8AE81F7D9E0858D2B3B2 | 09/08/2022 02:23:19 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 126 | Info Hash: 62E7E36C9799BA4BACBB7CA72D1D554CD3A5AF92<br>File Hash: 24DA8F696EEE342F2DE458C904301A2B8EA9BE90847ED5BBF74CD6C890599104 | 08/31/2022 03:50:30 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |